NUMBER 13-07-476-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ROBERT GAVLIK, Appellant,


v.



RAYMOND BYRD, Appellee. 

 ____________________________________________________________


On appeal from the 214th District Court of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, Robert Gavlik, and appellee, Raymond Byrd, have filed a joint motion for
dismissal of this appeal. According to the joint motion, the parties have mutually resolved
all matters in controversy between them and have agreed that this cause should be
dismissed with prejudice.

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. 
By agreement of the parties, costs will be taxed against the party incurring same. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the
appellant."). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 19th day of June, 2008.